**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

HEATH N. RODRIGUEZ,

                Petitioner

         v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

                Respondent

: No. 386 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.